**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
KAYMEISHA KEYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-cr-00174-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE STATUS** |
| v. | ) | **CONFERENCE AND EXCLUDE TIME** |
| | ) | |
| KAYMEISHA KEYES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Defendant, Kaymeisha Keyes, by and through her counsel, Jennifer Mouzis, and Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Denise Yasinow, hereby stipulate as follows:

1) Jennifer Mouzis was appointed to represent Kaymeisha Keyes on February 9, 2023. ECF 24.

2) By previous order, this matter was set for status on March 23, 2023. ECF 26.

3) On May 23, 2023, all parties were present for Status Conference and the next hearing was set for August 1, 2023. ECF 27.

4) By this stipulation, defendant now moves to continue the status conference until October 17, 2023, at 9:00 a.m., and to exclude time between August 1, 2023, and October 17, 2023, under Local Code T4.

5) The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 6,000 pages of documents, including *inter alia*: law enforcement reports, cell phone analysis, photos, search warrant documents, bank records, and EDD claim data. All of this discovery has been either produced directly to counsel and/or made available for inspection.

b) Counsel for defendant desires time to review the discovery, meet with her client, and discuss possible resolution.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 1, 2023 to October 17, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

IT IS SO STIPULATED.

Dated: July 25, 2023                    /s/ Jennifer Mouzis
                                        JENNIFER MOUZIS
                                        Attorney for Defendant
                                        KAYMEISHA KEYES


Dated: July 25, 2023                    PHILLIP A. TALBERT
                                        United States Attorney

                            By:         /s/ Denise Yasinow
                                        DENISE YASINOW
                                        Assistant United States Attorney


### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 26th day of July, 2023.


                                        /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE