**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
KAYMEISHA KEYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:22-cr-00174-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE STATUS** |
| v. | ) | **CONFERENCE AND EXCLUDE TIME** |
| | ) | |
| **KAYMEISHA KEYES,** | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Kaymeisha Keyes, by and through her counsel, Jennifer Mouzis, and Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Denise Yasinow, hereby stipulate as follows:

1) By previous order, this matter was set for status on January 9, 2024. Under Local Code T4, all time was excluded through January 9, 2024. ECF 31.

2) By this stipulation, defendant now moves to continue the status conference until February 13, 2024, at 9:00 am and to exclude time between January 9, 2024 and February 13, 2024, under Local Code T4.

3) The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 6,000 pages of documents, including *inter alia*: law enforcement reports, cell phone

1

analysis, photos, search warrant documents, bank records, and EDD claim data. All of this discovery has been either produced directly to counsel and/or made available for inspection.

b) Counsel for defendant desires time to review the discovery, meet with her client, and discuss possible resolution.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2024 to February 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

IT IS SO STIPULATED.


Dated: December 26, 2023	/s/ Jennifer Mouzis
	JENNIFER MOUZIS
	Attorney for Defendant
	KAYMEISHA KEYES


Dated: December 26, 2023	PHILLIP A. TALBERT
	United States Attorney

	By:	/s/ Denise Yasinow
		DENISE YASINOW
		Assistant United States Attorney


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  December 26, 2023	/s/ John A. Mendez
	THE HONORABLE JOHN A. MENDEZ
	SENIOR UNITED STATES DISTRICT JUDGE