JENNIFER MOUZIS
**MOUZIS CRIMINAL DEFENSE**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
KAYMEISHA KEYES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:22-cr-00174-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| v. | |
| **KAYMEISHA KEYES,** | |
| Defendant. | |

### STIPULATION

Defendant, Kaymeisha Kayes, by and through her counsel, Jennifer Mouzis, and plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Denise Yasinow, agree and stipulate to vacate the date set for judgment and sentencing, May 21, 2024 at 9:00 a.m., in the above-captioned matter, and to continue the judgment and sentencing to August 20, 2024 at 9:00 a.m. in the courtroom of the Honorable John A. Mendez. Federal Probation Officer, Julie Besabe, also agrees to this change.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

Proposed Pre-Sentence Report         July 9, 2024

1

| | |
|---|---|
| Written objections to the PSR | July 23, 2024 |
| Final PSR | July 30, 2024 |
| Formal objections to PSR | August 6, 2024 |
| Reply, or Statement of Non-Opposition | August 13, 2024 |

The reason for the continuance is that defense needs more time to look into possible mitigation.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. IT IS SO STIPULATED.

Dated: April 15, 2024         /s/ Jennifer Mouzis
                              JENNIFER MOUZIS
                              Attorney for Defendant
                              KAYMEISHA KEYES

Dated: April 15, 2024         PHILLIP A. TALBERT
                              United States Attorney

                      By:     /s/ Denise Yasinow
                              DENISE YASINOW
                              Assistant United States Attorney

# ORDER

For the reasons set forth in the accompanying stipulation, the judgment and sentencing set for May 21, 2024, at 9:00 a.m. is **VACATED** and **RESET** for **August 20, 2024, at 9:00 a.m.**

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Proposed Pre-Sentence Report | **July 9, 2024** |
| Written objections to the PSR | **July 23, 2024** |
| Final PSR | **July 30, 2024** |
| Formal objections to PSR | **August 6, 2024** |
| Reply, or Statement of Non-Opposition | **August 13, 2024** |

IT IS SO ORDERED.

Dated: April 16, 2024                 /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  SENIOR UNITED STATES DISTRICT JUDGE