**JENNIFER MOUZIS**
**MOUZIS CRIMINAL DEFENSE**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
KAYMEISHA KEYES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:22-cr-00174-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE JUDGMENT** |
| **v.** | ) | **AND SENTENCING** |
| | ) | |
| | ) | |
| **KAYMEISHA KEYES,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION

Defendant, Kaymeisha Kayes, by and through her counsel, Jennifer Mouzis, and plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Denise Yasinow, agree and stipulate to vacate the date set for judgment and sentencing, August 20, 2024 at 9:00 a.m., in the above-captioned matter, and to continue the judgment and sentencing to September 17, 2024 at 9:00 a.m. in the courtroom of the Honorable John A. Mendez.  Federal Probation Officer, Julie Besabe, also agrees to this change.

The reason for the continuance is that defense counsel, Jennifer Mouzis, is in trial in Butte County and unable to adequately prepare for sentencing.  Ms. Mouzis' trial is expected to end August 26, 2024.

1

Stipulation and Order to Continue Judgment and Sentencing

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: August 13, 2024            /s/ Jennifer Mouzis
                                  JENNIFER MOUZIS
                                  Attorney for Defendant
                                  KAYMEISHA KEYES


Dated: August 13, 2024            PHILLIP A. TALBERT
                                  United States Attorney

                          By:     /s/ Denise Yasinow
                                  DENISE YASINOW
                                  Assistant United States Attorney


## ORDER

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of August 20, 2024, at 9:00 a.m. is **VACATED** and **RESET** for **September 17, 2024, at 9:00 a.m.**

IT IS SO ORDERED.


Dated: August 14, 2024            /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Judgment and Sentencing